

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00123-CV

JAMI DAVENPORT, Appellant

V.

ALIGN STRATEGIC PARTNERS, LLC, Appellee

Appeal from the 80th District Court of Harris County. (Tr. Ct. No. 2012-56614).

**TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 26th day of March, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After due consideration, the Court **grants** the motion to dismiss filed by the appellant, Jami Davenport.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 26, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



May 29, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

